# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

Kaila Jeneen Tyner

        Debtor(s)

SSN/Individual Taxpayer ID Number (ITIN):

xxx–xx–1039

In Proceedings
Under Chapter 7

BK 20–40601–lkg

## ORDER

    This matter is before the Court *sua sponte*.  On 7/1/21, the above captioned bankruptcy case was reopened.  All pleadings and/or documents relating to the motion/petition to reopen have since been filed and/or processed, and the case may now be closed.

    Accordingly, **IT IS ORDERED** that this case is CLOSED.

ENTERED: July 2, 2021

/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE