# Notice Recipients

District/Off: 0754–4　　　　　　User: rh　　　　　　Date Created: 7/2/2021
Case: 20–40601–lkg　　　　　　Form ID: 239　　　　　Total: 4

**Recipients of Notice of Electronic Filing:**
ust　　United States Trustee　　USTPRegion10.es.ecf@usdoj.gov
tr　　 Dana S Frazier　　 frazierlaw@frontier.com
aty　 Matthew M Benson　　benson.notice@gmail.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　Kaila Jeneen Tyner　　1001 E. Park St.　　Apt 21A　　Carbondale, IL 62901

TOTAL: 1